**Michael Alonza RUFUS, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 16–6120

United States Court of Appeals, Fourth Circuit.

Submitted: June 29, 2016

Decided: July 7, 2016

Michael Alonza Rufus, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Alonza Rufus appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2012) petition without prejudice. We have reviewed the record and find no reversible error.

Accordingly, we affirm for the reasons stated by the district court. See Rufus v. United States, No. 6:15–cv–02127–MBS (D.S.C. Jan. 4, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED